*JUDGE SULLIVAN*

**08 CV 02780**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
U.S. UNDERWRITERS INSURANCE COMPANY,     Docket No.:

                Plaintiff,

        -against-                                     **RULE 7.1 STATEMENT**

LIBERTY SQUARE REALTY, INC., ALEJANDRO L.
LUCERO-VASQUEZ and THE CITY OF NEW YORK

                Defendants.
------------------------------------------------------------------x



      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Court Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for U.S. Underwriters Insurance Company (a private non-governmental party) certifies that the corporate parents, affiliates and/or subsidiaries of said party, which are publicly held, are: Berkshire Hathaway and United States Liability Insurance Group, which includes United States Liability Insurance Company and Mount Vernon Insurance Company.

Dated: Mineola, New York
       March 13, 2008

                                  MIRANDA SOKOLOFF SAMBURSKY
                                  SLONE VERVENIOTIS LLP
                                  Attorneys for Plaintiff
                                  **U.S. UNDERWRITERS**
                                  **INSURANCE COMPANY**

                                  By:_____
                                  Steven Verveniotis (SV 8800)
                                  The Esposito Building
                                  240 Mineola Boulevard
                                  Mineola, New York 11501
                                  (516) 741-7676
                                  Our File No.: 08-092