**DISTRICT COURT OF THE STATE OF NEW YORK**
**COUNTY OF SOUTHERN**

*Maverick Process* **516-693-1100**

U.S. UNDERWRITERS INSURANCE COMPANY,

| | |
|---|---|
| Petitioner(s) | ATTORNEY   SOKOLOFF   21382 |
| Plaintiff(s) | RETURN DATE |
| | INDEX NO   08 CV 2780 |
| | INDEX DATE   3/17/2008 |

- against -

LIBERTY SQUARE REALTY, INC., ALEJANDRO L. LUCERO-VASQUEZ
AND THE CITY OF NEW YORK,

| | |
|---|---|
| Defendant(s) | CALENDAR NO |
| | 3rd PARTY INDEX# |
| Respondent(s) | JUDGE SULLIVAN |

---

STATE OF NEW YORK: COUNTY OF NASSAU                    SS:          **AFFIDAVIT OF SERVICE**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION
AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/20/2008      at  5:01 PM        at  37 MAPLE LANE CEDARHURST, NY 11516

deponent served the within  SUMMONS IN A CIVIL ACTION & COMPLAINT                                **upon**

LIBERTY SQUARE REALTY, INC.

☑ *Said Documents Were Properly Endorsed with the Index Number and Date of Filing thereon*

witness/defendant/respondent (hereafter called the recipient) therein named.

**A. Individual** ☐  By Personally delivering to and leaving with said individual, and that he knew the person so served and described as recipient therein

**B. Corp/ ☑
Prtnshp** By delivering to and leaving with   LATIFA "DOE"                                  and that he knew the person so served and authorized to accept service to ☐ an officer ☐ Director ☑ managing agent or general agent ☐ cashier ☐ AsstCashier ☐ Agent authorized by appointment or by law to receive service.

**C. Suitable
Age Person** ☐  By delivering thereat a true copy of each to                            a person of suitable age and discretion.
Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state

**D. Affixing
to Door, Etc.** ☐  By affixing a true copy of each to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state.   Deponent was unable, with due diligence to find recipient or a person of suitable age discretion, thereat, having called there
Deponent talked to        @                @                      @             who stated that recipient ☐ lived ☐ worked there.

**E. Mailing
W/B,C or** ☐  On                Deponent completed said service under the last two sections by mailing a copy of the above named process by First Class Mail addressed to the witness/defendant/respondent to the above address of service which is recipient's ☐ last known residence ☐ last known place of business  (with additional endorsement of Personal and Confidential on face of envelope.)
☐ RPAPL 735 An additional mailing by Certified Mail was made to the respondent at the premise sought to be recovered.

**F. DRL
Sec232** ☐  The required notice was legibly printed on the face of the summons. I identified the defendant by photograph annexed hereto which was provided by the plaintiff.

**G.
Description** ☑

| SEX | SKIN COLOR | HAIR COLOR | AGE (approx.) | HEIGHT (approx.) | WEIGHT (approx.) |
|-----|-----------|-----------|--------------|-----------------|-----------------|
| F | WHITE | BROWN | 34 | 5'6" | 130 |
| OTHER | | | | | |

**Sec.8001Fee** ☐  A fee of  $0.00  , pursuant to CPLR Section 8001, was tendered to the witness.

**Military** ☐  I asked the person spoken to whether the defendant/respondent was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Defendant/Respondent wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant/respondent is not in the military service of New York State or of the United States as the term is defined in either the State or in the Federal statutes.

Sworn Before me this day 21 of

MARCH          2008

_____
(NOTARY PUBLIC)

DONNA L. ODRISCOLL
NOTARY PUBLIC, State of New York
No. 01OD6126123
Qualified in Nassau County
Commission Expires on 4/25/2009

_____
Michael Stamberg #003456