UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
U.S. UNDERWRITERS INSURANCE COMPANY,

                     Plaintiff,

-against-

LIBERTY SQUARE REALTY INC., ALEJANDRO L.
LUCERO-VASQUEZ and THE CITY OF NEW YORK,

                     Defendants.
------------------------------------------------------------------x

Docket No. 08 cv 02780
(RJS)

**ANSWER TO COUNTER CLAIMS**

      Plaintiff, U.S. UNDERWRITERS INSURANCE COMPANY, by its attorneys MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP, answering the defendant LIBERTY SQUARE REALTY CORP.'S counter claims, alleges, upon information and belief, as follows:

1. Denies the allegations contained in LIBERTY SQUARE REALTY CORP.'S first counter claim.

2. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in LIBERTY SQUARE REALTY CORP.'S second counter claim.

DATED:    Mineola, New York
             May 5, 2008

                                   MIRANDA SOKOLOFF SAMBURSKY
                                   SLONE VERVENIOTIS LLP
                                   Attorneys for Plaintiff
                                   **U.S. UNDERWRITERS INSURANCE COMPANY**

                                   By:_____
                                   Steven Verveniotis
                                   240 Mineola Boulevard
                                   Mineola, New York 11501
                                   (516) 741-7676
                                   Our File No.: 08-092

cc:
    Yoram Nachimovsky, Esq.
    Counsel for LIBERTY SQUARE
    299 Broadway, Suite 605
    New York, NY 10007

    Gerald E. Singleton
    Corporation Counsel of the City of New York
    100 Church Street
    New York, NY 10007.

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NASSAU             )

Leila Krim, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Long Beach, New York.

That on May 6, 2008, deponent served the within **ANSWER TO COUNTERCLAIMS** upon:

Yoram Nachimovsky, Esq.
Counsel for LIBERTY SQUARE
299 Broadway, Suite 605
New York, NY 10007

Gerald E. Singleton
Corporation Counsel of the City of New York
100 Church Street
New York, NY 10007.

the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
Leila Krim

Sworn to before me this 6th day of May, 2008.

_____
NOTARY PUBLIC

Melissa L. Holtzer
Notary Public, State of New York
No. 02HO6171185
Qualified in Nassau County
Commission Expires 7/23/2011