UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
UNITED STATES UNDERWRITERS INSURANCE
COMPANY,

        Plaintiff(s),

-against-

LIBERTY SQUARE REALTY INC., ALEJANDRO L.
LUCERO-VASQUEZ and THE CITY OF NEW YORK,

        Defendant(s).
------------------------------------------------------------------------X

Case No. 08-CV-02780

**ANSWER**

Defendant, ALEJANDRO L. LUCERO-VASQUEZ, by his attorneys, GREENBERG & STEIN, P. C., answering the amended complaint of the plaintiff herein, respectfully alleges upon information and belief as follows:

1. Denies knowledge and information sufficient to form a belief as to the allegations contained in the paragraphs of the complaint designated 1, 2,3, 5, 6, 7, 8, 9, 10, 11, 15, 18, 19, 20.

2. Denies the allegations contained in the paragraphs of the complaint designated 4.

3. Admits the allegations contained in the paragraphs of the complaint designated 12, 13, 14, 16, 17.

**AS AND FOR A FIRST CAUSE OF ACTION FOR DECLARATORY JUDGMENT**

4. Denies knowledge and information sufficient to form a belief as to the allegations contained in the paragraphs of the complaint designated 22, 23, 28.

5. Denies the allegations contained in the paragraphs of the complaint designated 21, 24, 25, 26, respectfully referring all questions of law to the Court for decision at the time of trial.

## AS AND FOR A SECOND CAUSE OF ACTION FOR DECLARATORY JUDGMENT

6. Denies knowledge and information sufficient to form a belief as to the allegations contained in the paragraphs of the complaint designated 28.

7. Denies the allegations contained in the paragraphs of the complaint designated 27, 29, 30, , respectfully referring all questions of law to the Court for decision at the time of trial.

## AS AND FOR A THIRD CAUSE OF ACTION FOR DECLARATORY JUDGMENT

8. Denies knowledge and information sufficient to form a belief as to the allegations contained in the paragraphs of the complaint designated 32, .

9. Denies the allegations contained in the paragraphs of the complaint designated 31, 33, 34, respectfully referring all questions of law to the Court for decision at the time of trial.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE ON BEHALF OF DEFENDANT ALEJANDRO L. LUCERO-VASQUEZ.

10. The complaint fails to state a cause of action upon which relief can be granted.

**WHEREFORE**, defendant Alejandro L. Lucero-Vasquez, demands judgment dismissing the amended complaint, together with costs and disbursements.

Dated: New York, New York
       May 9, 2008

                                        Yours, etc.

# Ian Asch

IAN ASCH (IA-1908)
GREENBERG & STEIN
Attorneys for Defendant(s)
ALEJANDRO L. LUCERO-VASQUEZ
275 Madison Avenue  Suite 1100
New York, New York  10016
(212)681-2535

TO:

MIRANDA, SOKOLOFF, SAMBURSKY, SLONE, VERVENIOTIS, LLP.
Attorneys for Plaintiff
UNITED STATES UNDERWRITERS INSURANCE COMPANY
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-7676