UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**U.S. UNDERWRITERS INSURANCE COMPANY,**

               **Plaintiffs,**

-v-

**LIBERTY SQUARE REALTY INC., ET AL,**     **Defendants.**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/08

Case No. 08-CV-2780(RJS)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_x_ Settlement*-

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

All such motions: _____

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:  Aug 4, 2008
        New York, New York

Richard J. Sullivan
United States District Judge