1                  *Alejandro L. Lucero-Vasquez*              40

2        A.      No.

3        Q.      Did either of the supervisors ride

4    in the ambulance with you to the hospital?

5        A.      No.

6        Q.      When you got to the hospital, could

7    you describe for me what happened?

8                        MR. STEINBERG:  Just note my

9                objection.

10                       He could answer.

11       A.      I was placed on a stretcher and

12   then I was taken to the emergency room.

13   That's it.

14       Q.      What kind of treatment did you get

15   at the emergency room?

16                       MR. STEINBERG:  Note my same

17                objection, please.

18       A.      None at all.  Just Tylenol for the

19   pain.

20       Q.      Did you get stitches in the

21   emergency room?

22       A.      Yes, on my hand.

23       Q.      Were they stitches or staples?

24       A.      Staples.

25       Q.      Was there any other treatment other

```
1                  Alejandro L. Lucero-Vasquez              41
2      than the staples in your head?
3           A.    This thumb (indicating) of my left
4      hand was dislocated but they just place it
5      back.
6           Q.    Did anybody that you worked with
7      come to the hospital while you were there?
8           A.    Just my nephew and my niece.
9           Q.    Do you know how your nephew found
10     out about the accident?
11          A.    Because I always carry my cell
12     phone.
13          Q.    So you called your nephew?
14          A.    No.  Well, one of the female
15     paramedics asked me if I wanted to call
16     somebody and I said "Yes.  You can call my
17     nephew" and I dialed and I told her to dial
18     on my own phone so she could call him.
19          Q.    Other than your nephew, did Bali or
20     any of the supervisors come while you were in
21     the hospital?
22          A.    No.
23          Q.    At any time after the accident, did
24     you speak to Bali or the other two
25     supervisors about what happened?
```

1                    *Alejandro L. Lucero-Vasquez*                42

2           A.    No.

3           Q.    Do you remember what day of the

4    week November 8, 2006 was?

5           A.    No, I don't remember.

6           Q.    At any time after the accident, did

7    you ever pick up any pay for work that you

8    had done before the accident?

9           A.    No.

10          Q.    Did the company owe you any pay for

11   work that you had done prior to the accident?

12          A.    Yes.

13          Q.    But you never got that money?

14          A.    No.

15          Q.    Did you ever return to work for

16   that company or at the site after your

17   accident?

18          A.    No.

19          Q.    After the accident, you just didn't

20   show up anymore for work?

21                    MR. STEINBERG:   Note my

22               objection to the form.

23                    You can answer.

24          A.    No.

25          Q.    But you never told anybody why you

```
1                 Alejandro L. Lucero-Vasquez          43
2      weren't going back?
3                      MR. STEINBERG:  Note my
4                 objection to the form.
5           A.   No.  Well, actually, nobody ask me
6      if I wanted to go back to work so.
7                      MR. STEINBERG:  You answered
8                 the question.  Don't worry about
9                 it.
10          Q.   Do you know if your nephew spoke to
11     Bali or anyone else from the company about
12     your accident?
13          A.   No, I don't know.
14          Q.   But nobody contacted you to ask you
15     about the accident from that company; is that
16     correct?
17          A.   No.
18          Q.   You said on November 8, 2006 Bali
19     was not at the site?
20          A.   No.
21          Q.   Do you know why he wasn't there
22     that day?
23          A.   I think he had an appointment.
24          Q.   But generally, he was there on the
25     other days?
```

```
1              Alejandro L. Lucero-Vasquez          44

2       A.    Yes.

3       Q.    Did there come a time when you

4  filed a claim for workers compensation?

5              MR. STEINBERG:  Just note my

6              objection to the question.

7       A.    Yes.

8       Q.    Do you remember when that was?

9       A.    No.  I don't remember.

10      Q.    Did you ever go to any hearings or

11 proceedings related to the workers

12 compensation claim?

13      A.    No.

14      Q.    Are you or have you ever received

15 workers compensation benefits?

16      A.    No.

17      Q.    Other than your visits to the

18 emergency room, did you require other medical

19 attention?

20              MR. STEINBERG:  Just note my

21              objection.

22      A.    Yes.

23      Q.    How did you pay for the medical

24 care that you received?

25      A.    My nieces helped me out.  After the
```

1              *Alejandro L. Lucero-Vasquez*          45

2    accident they help pay some of the medical

3    bills, the rent and all that.

4         Q.    Do you have receipts or invoices

5    for the medical treatment that you received?

6         A.    No.

7         Q.    Do you know if your nieces have any

8    kind of records or receipts for the payments

9    that they made for your medical bills?

10        A.    I don't know.

11        Q.    I don't want to know the substance

12   of any conversations that you may have had

13   but did you hire an attorney to help you with

14   the workers compensation claim?

15        A.    Yes.

16        Q.    But you have not received any

17   benefits or payment from workers

18   compensation?

19        A.    No.

20        Q.    Do you know why?

21        A.    No, I don't know.

22        Q.    Earlier you said that you knew the

23   name Eastern Waterproofing, is that right,

24   you heard that before?

25        A.    Yes, it sounds familiar.

```
 1              Alejandro L. Lucero-Vasquez          46

 2       Q.    But you don't remember why it

 3   sounds familiar?

 4       A.    No, I don't remember.

 5       Q.    Around work, did you ever hear of

 6   somebody referred to as Mr. Gil, G-I-L?

 7       A.    No.

 8       Q.    Do you remember the name of the

 9   employer you sought workers compensation

10   benefits from?

11       A.    No, I don't remember.

12       Q.    Do you remember who referred you to

13   the Workers Comp. Board or the lawyers who

14   helped you with the workers comp. proceeding?

15                  MR. STEINBERG:  Note my

16              objection.

17       A.    No, I don't remember.

18                  MR. ISAACSON:  Okay, thank

19              you.

20                  MR. NACHIMOVSKY:  Just

21              request that we would like to be

22              supplied with -- I'm sure you have

23              some information on this workers

24              comp. case.

25                  MR. STEINBERG:  Whatever I
```

**ON TIME COURT REPORTING**
**516-535-3939**

```
1              Alejandro L. Lucero-Vasquez          47
2                have, you guys have.
3                     MR. ISAACSON:  I have no
4                more questions.
5    EXAMINATION BY
6    MR. NACHIMOVSKY:
7         Q.   Mr. Vasquez, my name is Yoram
8    Nachimovsky.  I am the attorney who
9    represents Liberty Square Realty Corp.
10               Do you know who Liberty Square
11   Realty Corp. is?
12        A.   No.
13        Q.   Where were you born, Mr. Vasquez?
14        A.   I was born in Mexico.
15        Q.   In what City?
16        A.   I was born in the state of Sinaloa,
17   Mexico.
18        Q.   What's your date of birth?
19        A.   August 24, 1960.
20        Q.   Are you married or single?
21        A.   I am married.
22        Q.   What is your wife's name?
23        A.   Delphina; last name Baretta-Ortega.
24        Q.   What's the date of birth of your
25   wife?
```

```
 1                  Alejandro L. Lucero-Vasquez        48
 2        A.    I don't remember.
 3        Q.    How old is your wife?
 4        A.    She's 24 years old.
 5        Q.    Where does she live?
 6        A.    She lives there in Mexico.
 7        Q.    When was the last time you saw your
 8   wife?
 9        A.    I don't even remember now.
10        Q.    Was it last year?
11        A.    No.  I've been here 14 years now.
12        Q.    You've been here 14 years?
13        A.    Yes.
14        Q.    Do you have any children?
15        A.    Yes.
16        Q.    How many children?
17        A.    Five.
18        Q.    What are the ages of the children?
19        A.    The eldest is 23 years old and the
20   youngest one is 17.
21        Q.    Give me the names and the ages?
22        A.    The eldest is Augustine; Juan.
23        Q.    You remember his date of birth?
24        A.    Yes -- Augustine, I don't remember.
25        Q.    What's the second one's name?
```

```
 1                Alejandro L. Lucero-Vasquez          49
 2        A.    Juan.
 3        Q.    Do they all have your last name?
 4        A.    Yes.
 5        Q.    They're all Vasquez?
 6        A.    Yes.
 7        Q.    Vasquez or Lucero-Vasquez?
 8        A.    Lucero, no Vasquez; Lucero.
 9        Q.    Lucero or Lucero-Vasquez?
10        A.    Just Lucero.
11        Q.    How old is Juan?
12        A.    Juan, he's 20.
13        Q.    And after Juan is who?
14        A.    Israel.
15        Q.    How old is Israel?
16        A.    He's 19.
17        Q.    And after Israel?
18        A.    Victoria.
19        Q.    We got a girl; and how old is the
20  girl?
21        A.    She's 17.
22        Q.    And after Victoria?
23        A.    Alejandra, she's 16.
24        Q.    Are any of your children in the
25  United States?
```

```
1                 Alejandro L. Lucero-Vasquez              50
2        A.   Just Augustine.
3        Q.   Augustine is in the United States.
4   Does Augustine live with you?
5        A.   No.
6        Q.   Where does Augustine live?
7        A.   He's in California -- no, he's in
8   Pennsylvania.  He's living there with his
9   cousins.
10       Q.   What does he do?
11       A.   He's an electrician.
12       Q.   And he's the only one of your
13  children here?
14       A.   Yes.
15       Q.   Do you have any other children here
16  in the United States?
17       A.   No, all the rest of them are in
18  Mexico.
19       Q.   When was the last time you saw
20  Augustine?
21       A.   Last year when he came over here.
22       Q.   When did he come here?
23       A.   Around December for Christmas and
24  New Year's.
25       Q.   And before that?
```

```
 1              Alejandro L. Lucero-Vasquez            51

 2        A.    He seldom comes over here.

 3        Q.    Does he know that you had an

 4   accident?

 5        A.    Yes.  He was told over the phone

 6   but he did not come up.

 7        Q.    When did you first come to the

 8   United States?

 9                    MR. STEINBERG:  Note my

10               objection to the question.

11                    MR. NACHIMOVSKY:  To what

12               part?

13        A.    Around 1996 or 1997.  I don't

14   remember when.

15        Q.    With or without a visa?

16                    MR. STEINBERG:  Note my

17               objection to the question.

18        A.    With visa.

19        Q.    You came with a visa; where did you

20   get the visa?

21        A.    In Mexico.  I got my visa for six

22   months.

23        Q.    What city did you get the visa?

24        A.    Mexico City.

25        Q.    You went to the consulate in Mexico
```

```
1              Alejandro L. Lucero-Vasquez          52
2    City?
3         A.    Yes.
4         Q.    how did you get from Mexico to the
5    United States?
6                   MR. STEINBERG:  Note my
7                   objection to the question.
8         A.    By plane.
9         Q.    What airline?
10                  MR. STEINBERG:  Note my
11                  objection to the question.
12        A.    I don't remember right now.
13        Q.    What city did you fly into?
14        A.    Here to New York.
15        Q.    Where did you live once you got to
16   the United States, where did you live?
17        A.    I went to live with some friends.
18        Q.    Where was that?
19        A.    They were living in Manhattan.
20        Q.    You remember the address?
21        A.    On 116th Street and Lexington
22   Avenue.
23        Q.    Did you receive a white 94 card
24   when you came in?
25                  MR. STEINBERG:  Just note my
```

ON TIME COURT REPORTING
516-535-3939

```
 1              Alejandro L. Lucero-Vasquez        53
 2                   objection to the question.
 3        A.    No.
 4        Q.    Did you ever apply for any
 5   immigration benefits once you arrived to the
 6   United States?
 7                   MR. STEINBERG:  Note my
 8                   objection.
 9        A.    No.
10        Q.    Did you ever get a Social Security
11   number?
12                   MR. STEINBERG:  Note my
13                   objection to the question.
14        A.    No.
15        Q.    Where was the first job that you
16   did when you first came to the United States?
17                   MR. STEINBERG:  What are you
18                   doing here?
19                   THE INTERPRETER:  What?
20                   MR. STEINBERG:  Let him
21                   answer the question.
22        A.    My friends were working supermarket
23   and then they got me a job there, you know,
24   working in the produce department, with the
25   fruits.
```

1              *Alejandro L. Lucero-Vasquez*              54

2        Q.    When was the first time you worked

3    in construction?

4        A.    I did not work in construction

5    until the year 2006.

6        Q.    In 2006, how did you start working

7    in construction?

8                    MR. STEINBERG:   Just note my

9              objection.

10                   Asked and answered.

11       A.    Just when I started working for

12   Mr. Bali but prior to that I just work in

13   supermarkets and restaurants.

14                   MR. STEINBERG:   Just listen

15             to his question and answer his

16             question.

17       Q.    What is your educational level?

18       A.    Fourth grade, fourth year.

19       Q.    Did you work in Mexico, did you

20   have any jobs in Mexico?

21       A.    Yes.

22       Q.    What kind of jobs did you work at?

23                   MR. STEINBERG:   Just note my

24             objection.

25       A.    I work for this soda company.

**ON TIME COURT REPORTING**
**516-535-3939**

1           *Alejandro L. Lucero-Vasquez*           55

2           Q.     What did you do for the soda

3     company?

4           A.     I was washing the bottles, the

5     glass bottles because they used to use the

6     glass bottles.

7           Q.     Did you ever have any job in

8     working with machines in Mexico?

9           A.     No, not with machines, no.

10          Q.     Did you ever learn how to use a

11    hammer in Mexico?

12          A.     No.

13          Q.     Did you ever use a screwdriver in

14    Mexico?

15          A.     Yes, in order to fix a switch at

16    home, things like that.

17          Q.     Did you ever do any construction at

18    all in Mexico?

19          A.     Construction, yes, I did.

20          Q.     What kind of construction did you

21    do in Mexico?

22          A.     I worked helping out with dust,

23    with the concrete trucks.

24          Q.     What did you do with the concrete

25    trucks?

```
1                    Alejandro L. Lucero-Vasquez              56
2          A.     I had, I was in charge of keeping
3    it cool.
4          Q.     Could you please explain that, I
5    don't understand?
6          A.     Like any vehicle, a car, whenever
7    it doesn't have any water it tends to heat up
8    and in order to keep the machine cool I have
9    to keep pouring water.
10         Q.     Like anti-freeze?
11         A.     Yes.
12         Q.     Did you work with the concrete?
13         A.     No, with concrete.  We just with
14   the machine.  The machine that transports the
15   concrete, it is placed in a hole and then
16   there are some hoses there.
17         Q.     Did you ever fix sidewalks or
18   concrete?
19         A.     No.
20         Q.     In Mexico or in the United States?
21         A.     No.
22         Q.     Did you ever do any woodwork?
23                MR. STEINBERG:  Note my
24                objection to the question.
25         A.     No.
```

ON TIME COURT REPORTING
516-535-3939

```
 1              Alejandro L. Lucero-Vasquez          57
 2         Q.    On the first day that you met
 3    Mr. Bali or Barry, was it?
 4         A.    Bali.
 5         Q.    On the first day that you met him,
 6    did he ask you questions about what jobs
 7    you've done before?
 8         A.    No.
 9         Q.    Is it your response that he didn't
10    ask you any prior experience?
11         A.    No.
12              MR. NACHIMOVSKY:  I asked a
13              negative so something here is
14              wrong.
15         Q.    Did Mr. Bali ask you about any
16    prior experience that you had when he met
17    you?
18         A.    No.
19         Q.    Did he ask you any questions at all
20    when he met you?
21         A.    No.
22         Q.    Did he say anything to you when he
23    met you?
24         A.    Well, I ask him for a job and he
25    gave it to me but actually, he didn't ask me
```

*Alejandro L. Lucero-Vasquez*                58

 2  for any experience or anything like that.

 3      Q.    Did you ask him any questions when

 4  you first met him?

 5      A.    No.

 6      Q.    Do you know where Mr. Bali lives?

 7      A.    No.

 8      Q.    Have you seen Mr. Bali since the

 9  date of the accident?

10      A.    No.

11      Q.    Have you seen any of the other

12  supervisors since the day of the accident?

13      A.    No.

14      Q.    Have you seen any of the other

15  workers from that site since the day of the

16  accident?

17      A.    No.

18      Q.    Did you ever go back to the site of

19  the accident since the accident?

20      A.    No.

21      Q.    It was your testimony that the

22  accident occurred on the third floor; is that

23  correct?

24      A.    Yes.

25      Q.    You have a piece of paper in front

1        *Alejandro L. Lucero-Vasquez*        59

2    of you, can you draw me a sketch of what that

3    third floor looked like?

4                    MR. STEINBERG:  Absolutely

5               not.  He's here to give verbal

6               responses to questions.  He's not

7               here to draw stuff.

8                    MR. NACHIMOVSKY:  Okay.

9        Q.    How many elevators are there in

10   this building?

11       A.    Just one.

12       Q.    Is it in the middle of a floor, is

13   it in the corner?

14       A.    In the middle.

15       Q.    In the middle of the floor.  If

16   this was the third floor, where would the

17   elevator be?

18       A.    Here (pointing).

19                    MR. STEINBERG:  Again, let's

20               use verbal words.  This is not show

21               and tell.

22                    MR. NACHIMOVSKY:

23                    (A photograph was marked as

24                    Defendant's Exhibit A, for

25                    identification, as of this