|   |   |   |
|---|---|---|
| | *Alejandro L. Lucero-Vasquez* | 60 |

         date.)

1  Q.  Do you recognize this picture (handing)?

2  A.  Yes.

3  Q.  What do you recognize the picture to be?

4  A.  Well, this is the building that we were demolishing.

              MR. NACHIMOVSKY:  I'm just
         going to put on the record because
         we've got to be very accurate with
         the way I ask the questions,
         please, Mr. Interpreter, it's a
         little bit difficult because we're
         using two languages but try asking
         him the exact questions that I'm
         asking so we could end up with a
         good record.

   Q.  Now, you were not demolishing the building; is that correct?

   A.  No.

   Q.  In other words, building is still there; is that right?

   A.  Yes.

```
1              Alejandro L. Lucero-Vasquez            61
2       Q.    Now, what is it that you were
3   demolishing within the building?
4       A.    The double walls that the building
5   had.
6       Q.    Now, are we talking about the
7   exterior wall of the building, was it a
8   double wall or are we talking about interior
9   walls within the building?
10      A.    Inside the building.
11      Q.    Inside the building so we're
12  talking about interior walls, is that
13  correct?
14      A.    Yes.
15      Q.    You indicated earlier in your
16  testimony that the third floor had several
17  rooms; I didn't get how many rooms it had?
18      A.    Yes.
19      Q.    How many rooms does it have?
20      A.    Six.
21      Q.    Are they all the same size?
22      A.    No, not all of them.
23      Q.    Where was the biggest room?
24      A.    By the front, this is the front
25  (indicating).
```

```
                    Alejandro L. Lucero-Vasquez              62
 1
 2                      MR. NACHIMOVSKY:  This is to
 3           the front of the building.  He's
 4           indicating it's the lower portion
 5           of Exhibit A.  He's pointing to the
 6           lower portion of Exhibit A now,
 7           which is the third floor.
 8      Q.   If you pointed on this picture,
 9   where would the third floor be?
10      A.   That one by this side to here all
11   the way (pointing).
12                      MR. NACHIMOVSKY:  He's
13           indicating a statue here and
14           indicating that that's the third
15           floor?
16      A.   Yes.
17      Q.   Do you know who bricked up these
18   windows?
19      A.   No, I don't know because when I got
20   to work there everything was already covered.
21      Q.   In other words, it was bricked up
22   when you got to the building, it was bricked
23   up; is that correct?
24      A.   Yes.
25      Q.   When you got to the building, was
```

|   |   |
|---|---|
| 1 | *Alejandro L. Lucero-Vasquez*  63 |

1  
2  there a fence around it already?  
3       A.   Yes.  
4       Q.   Are there any open doorways in the  
5  building on any of the sides?  
6       A.   No.  
7       Q.   Where on this picture, if anywhere,  
8  is there an opening in the fence?  
9       A.   In order to enter into the  
10 building?  
11      Q.   In order to enter or to exit?  
12      A.   In the front, by the front.  
13      Q.   Are you pointing at the right side,  
14 are you pointing at the lower portion right  
15 here (pointing)?  
16      A.   The fence has a gate.  
17           MR. NACHIMOVSKY:  The fence  
18           has a gate and he's indicating it's  
19           in the lower left-hand portion of  
20           Defendant's Exhibit A.  
21      Q.   Now, that would be a gate in the  
22 outside perimeter fence; is that correct?  
23      A.   Yes.  
24      Q.   Is there another door in order for  
25 to you access the building?

```
                    Alejandro L. Lucero-Vasquez              64
    A.    Yes.
    Q.    Is this the doorway by which you
entered the building and I'm pointing to the
lower left-hand portion of Defendant's
Exhibit A, the semi circular arc (pointing)?
              MR. STEINBERG:   Just so
          we're clear, the description you're
          giving being lower left-hand
          corner, you're holding it
          horizontally, you're holding it
          landscape just so the record is
          clear.
              MR. ISAACSON:   Yes.
    Q.    When you came to work on a regular
day they had to open one set of locks or two
sets of locks?
    A.    Two sets because one is the fence
and the other they cut.
    Q.    Again, one is the fence and I don't
understand the second part?
    A.    There is a like a drape or curtain
that is below the statue, okay.  It is right
there (pointing) like a rolling gate.
    Q.    A rolling gate.
```

```
1              Alejandro L. Lucero-Vasquez          65
2              Did you ever have the keys to these
3    locks?
4         A.   No.
5         Q.   Have you been around the entire
6    building?
7         A.   Yes, because we used to clean all
8    the concrete and debris and the garbage
9    around there.
10        Q.   And the fence, does the fence go
11   around the entire building?
12        A.   Yes.
13        Q.   Now, what you indicated was a
14   roll-top gate; after they lift the gate, you
15   go inside the building; is that right?
16        A.   Yes.
17        Q.   Did you wear any safety equipment
18   when you went inside?
19             MR. STEINBERG:  Just note my
20        objection to the question.
21             He can answer.
22        A.   No.
23        Q.   Was there safety equipment there?
24        A.   No.
25        Q.   Did you have hard-hats in the
```

```
                    Alejandro L. Lucero-Vasquez              66
```

```
 1                                                              
 2   building?
 3       A.    No.
 4       Q.    Did you have vests in the building?
 5       A.    No.
 6       Q.    Did you have gloves?
 7       A.    Yes, gloves, yes.  We were given
 8   gloves, yes.
 9       Q.    When was the first time you met
10   Aurelisno Lazaro?
11       A.    When I began working there.
12       Q.    Did you meet him on the first day
13   of work?
14       A.    Yes, because Bali said to me, "You
15   are going to work with him," and he tell him
16   to teach me.
17       Q.    And how long had Aurelisno been
18   there?
19       A.    I don't know how long.
20       Q.    Was he a good worker?
21       A.    Yes.
22       Q.    What made him a good worker?
23       A.    He would knock down the walls and
24   he would do whatever they wanted him to do.
25       Q.    How did he knock down the walls?
```

ON TIME COURT REPORTING
516-535-3939

```
 1                  Alejandro L. Lucero-Vasquez              67
 2         A.    Bali was always said to him to,
 3    "Knock down from bottom to top."
 4         Q.    From bottom to top?
 5         A.    Yes, from bottom to top.  It is
 6    dangerous but.
 7         Q.    Why is it dangerous?
 8         A.    Because if you knock it from the
 9    bottom up, the upper portion tends to shake
10    and may come down.
11         Q.    How high is the ceiling in the
12    room?
13         A.    It was high.  We have to -- we have
14    to use three or four roofs in order to get up
15    there -- what I mean, I have to use scaffold
16    to reach up there.
17         Q.    When was the first time you used a
18    scaffold?
19                    MR. STEINBERG:  Note my
20                objection to the question.
21         A.    About three months.  When they tell
22    me how to knock down the roof, the ceiling, I
23    begin to knock all this ceiling down.
24                    MR. STEINBERG:  You have to
25                answer his question.
```

```
                    Alejandro L. Lucero-Vasquez              68
```

```
 1                  Alejandro L. Lucero-Vasquez              68
 2       Q.    What do you mean by knocking down
 3   the ceiling?
 4                  MR. STEINBERG:  Note my
 5              objection to the question.
 6       A.    They leave a space from the ceiling
 7   up and we have to knock it down.  That
 8   portion is used to hang lamps and things like
 9   that.
10       Q.    What tools did you use to knock it
11   down?
12                  THE INTERPRETER:  Can we
13              talk a two-minute break to look
14              through the dictionary?
15       Q.    It's a saw, like an electric saw?
16       A.    It has like a wheel and then it
17   cuts through any material.  It's emery wheel.
18       Q.    Emery wheel, is that what it is?
19       A.    Yes.
20       Q.    And that emery wheel, is that
21   plugged into the wall?
22       A.    Yes, and we were provided with
23   these long cabling.
24       Q.    Long cables?
25       A.    In order to plug it in.
```

```
 1                  Alejandro L. Lucero-Vasquez              68
 2       Q.    What do you mean by knocking down
 3   the ceiling?
 4                  MR. STEINBERG:  Note my
 5              objection to the question.
 6       A.    They leave a space from the ceiling
 7   up and we have to knock it down.  That
 8   portion is used to hang lamps and things like
 9   that.
10       Q.    What tools did you use to knock it
11   down?
12                  THE INTERPRETER:  Can we
13              talk a two-minute break to look
14              through the dictionary?
15       Q.    It's a saw, like an electric saw?
16       A.    It has like a wheel and then it
17   cuts through any material.  It's emery wheel.
18       Q.    Emery wheel, is that what it is?
19       A.    Yes.
20       Q.    And that emery wheel, is that
21   plugged into the wall?
22       A.    Yes, and we were provided with
23   these long cabling.
24       Q.    Long cables?
25       A.    In order to plug it in.
```

```
1                  Alejandro L. Lucero-Vasquez            69
2        Q.    How much material do you think
3   you've taken out of the third floor?
4        A.    A lot.
5        Q.    That you did?
6        A.    Well, it was a large room but I
7   did.
8        Q.    Did you take all the walls down the
9   same way?
10                  MR. STEINBERG:  Just note my
11                  objection.
12                  He didn't say he took down
13                  all the walls.
14       A.    Yes, all the people, all of us
15  working there.
16       Q.    Describe the work in taking down
17  this large room.
18       A.    It was a large room.  In order to
19  knock it down, there was a lot of work.
20       Q.    Yes but I need to know what kind of
21  work?
22       A.    We have to demolish all the ceiling
23  up there, the whole ceiling up there.
24       Q.    After you demolished the ceiling,
25  then what did you do?
```

```
1                  Alejandro L. Lucero-Vasquez            70
```

2   A.   Then we continue with all the
3   smaller rooms.
4   Q.   When do you take down the walls?
5   A.   After we knocked all the ceilings
6   but Mr. Bali, he wanted to leave it just like
7   that but the main contractor he said that he
8   needed, they needed more room, a bigger
9   place, more space.
10  Q.   How many rooms were there when you
11  started working there?
12  A.   Well, basically there are six.
13  Q.   When you finished working?
14  A.   Well, there was a small crew and we
15  were working slowly.
16  Q.   When you started working there were
17  six rooms, when you finished working there
18  were also six rooms?
19  A.   Yes. Basically, we have to knock
20  it down but with the double walls from all
21  over.
22  Q.   These double walls were interior
23  walls?
24  A.   Yes, interior walls.
25  Q.   Within the rooms themselves there

```
1              Alejandro L. Lucero-Vasquez           71
2    were double walls?
3         A.    Yes.
4         Q.    Did they go from floor to ceiling
5    or did they go to a lower height?
6         A.    Up there.
7         Q.    Up to the ceiling?
8         A.    Yes, the walls.
9         Q.    How long did it take you to take
10   the ceiling down in that primary room, in the
11   large room?
12                   MR. STEINBERG:  Just note my
13              objection to the form.
14        A.    Two or three days.
15        Q.    Then after you took the ceiling
16   down, what did you do?
17                   MR. STEINBERG:  Just note my
18              objection to form, please.
19        A.    Then I have to cut the ceiling
20   because there is like a wire mesh or some
21   type of net.
22        Q.    What did you use to cut the
23   ceiling?
24        A.    We used the machine I mentioned
25   previously, the emery wheel.  The machine has
```

```
 1                 Alejandro L. Lucero-Vasquez           72
 2   like a wheel.
 3        Q.    You used a emery wheel to cut down
 4   these pieces of metal; is that right?
 5        A.    Yes.
 6        Q.    What other power tools did you have
 7   there?
 8              MR. STEINBERG: Just note my
 9              objection to the line of
10              questioning.
11        A.    I had just that and this electrical
12   hammer.
13        Q.    What kind of electrical hammer?
14        A.    It was more like a drill but he use
15   like a drill about this width (indicating)
16   and then you start using and it starts
17   opening the wall.
18        Q.    Is that an impact hammer, is that
19   what you mean?
20        A.    Yes.
21        Q.    How did you learn to use the impact
22   hammer?
23              MR. STEINBERG: Note my
24              objection to the question.
25        A.    Well, Mr. Aurelisno, he tell me how
```

```
1              Alejandro L. Lucero-Vasquez              73
2      to use it because he had been longer time
3      there.
4           Q.    Do you know where Mr. Aurelisno is
5      today?
6           A.    No.
7           Q.    Do you know where he lives?
8           A.    No.
9           Q.    And you have not seen him since?
10          A.    Not since that time.
11          Q.    Did your nephew continue to work at
12     the place?
13          A.    Yes.
14          Q.    You have your nephew's telephone
15     number?
16          A.    I don't have it with me right now.
17               MR. NACHIMOVSKY:  Just leave
18          a blank in the transcript and
19          please, provide us with that
20          information.
21          A.    Yes.
22     (INSERT):_____
23          Q.    And your nephew's address?
24          A.    I don't remember right now.
25               MR. NACHIMOVSKY:  Leave a
```

```
                 Alejandro L. Lucero-Vasquez              74
```
1 
2                 blank in the transcript for your
3                 nephew's address.
4      (INSERT): _____
5           Q.   Aren't you living with your nephew?
6           A.   No.
7           Q.   Where are you living right now?
8           A.   The address I just provided before,
9      221 East 168th Street.
10          Q.   Apartment number?
11          A.   Apartment 4-B.
12          Q.   This is in Manhattan or?
13          A.   Bronx.
14          Q.   Do you have a lease for that
15     apartment?
16                    MR. STEINBERG: Note my
17               objection to the question, please.
18          A.   No. It is, it was leased by my
19     niece.
20          Q.   Does your niece live with you?
21          A.   Yes.
22          Q.   On the date of the accident, did
23     you have a telephone?
24          A.   Yes.
25          Q.   What is the number of that

```
1              Alejandro L. Lucero-Vasquez                75
2     telephone?
3                   MR. STEINBERG:  Just note my
4              objection.
5         A.    Are you asking me for my phone
6     number?
7         Q.    Yes?
8         A.    (347) 370-7226.
9         Q.    Is the telephone in your name?
10        A.    No, it's -- I don't have any
11    contract but it is a prepaid phone.  I have
12    to buy a new card.  I have to renew it.
13        Q.    Do you know which company?
14        A.    Boost, B-O-O-S-T.
15        Q.    You get bills for the phone or you
16    don't get any bills for the phone?
17                  MR. STEINBERG:  Just note my
18             objection.
19        A.    No.
20        Q.    Do you receive mail at this
21    address, 221 East 168th Street?
22                  MR. STEINBERG:  Just note my
23             objection.
24        A.    Yes.
25        Q.    Is the telephone number that you
```

**ON TIME COURT REPORTING**
**516-535-3939**

```
 1              Alejandro L. Lucero-Vasquez          76
 2    had at that time the same telephone number
 3    that you have today?
 4         A.    Yes.
 5         Q.    Have you sustained any other jobs
 6    since that time?
 7              MR. STEINBERG:  Note my
 8         objection to the question.
 9              You can answer.  I'm going
10         to let him answer but just note
11         that has nothing to do with the
12         issue in this federal case.  If
13         you're doing further discovery on
14         the injury case on another
15         person --
16              MR. NACHIMOVSKY:  -- I need
17         to know if whether he was working
18         or not working.  I'll try to keep
19         it a little more focused.
20         Q.    Did you take any other jobs since
21    that time after the accident, after the day
22    of the accident?
23         A.    After the accident?  No.
24         Q.    It's my understanding that the date
25    of the accident was November 8, 2006; is that
```

```
1              Alejandro L. Lucero-Vasquez          77
2     correct?
3         A.    Yes, it is.
4                    MR. NACHIMOVSKY:  Mark the
5            next exhibit.
6                    (A verification document was
7                    marked as Defendant's
8                    Exhibit B, for
9                    identification, as of this
10                   date.)
11        Q.    I'm pointing to a signature on the
12    upper third, right-hand portion of
13    Defendant's Exhibit B (pointing); is that
14    your signature (handing)?
15        A.    Yes, it is.
16        Q.    Mr. Vasquez, have you taken any
17    medications before coming here today?
18        A.    Here?
19                   MR. STEINBERG:  Here?
20        A.    Yes.
21        Q.    What medications?
22        A.    I took this pill for diabetes, my
23    diabetes.
24        Q.    What is the name of the medication?
25        A.    I have the prescription, but I
```

**ON TIME COURT REPORTING**
**516-535-3939**

```
                    Alejandro L. Lucero-Vasquez            78
```

1
2   don't remember.
3       Q.   We'll just leave a blank for the
4   prescription.
5       A.   Okay.
6   (INSERT):_____
7       Q.   Have you drank any alcohol before
8   coming in here today?
9       A.   No.
10      Q.   How often during a week would you
11  drink alcohol, if any?
12               MR. STEINBERG:  Note my
13           objection to the question.
14      A.   No, I don't drink, consume any
15  alcohol and I am not an alcoholic.
16      Q.   On the date of the accident, did
17  you have any alcohol, did you drink any
18  alcohol?
19      A.   No.
20      Q.   You indicated that you don't
21  remember what day of the week it was; is that
22  correct?
23      A.   Yes, that's correct.
24      Q.   Did you ever have a chance to visit
25  the owner of the construction company at his

```
 1              Alejandro L. Lucero-Vasquez           79
 2      house?
 3          A.    No.
 4          Q.    Is there any particular day of the
 5      week when the construction company would pay
 6      you?
 7          A.    By the weekend.
 8          Q.    What day of the weekend?
 9          A.    On Saturday.  We were working on
10      Saturdays.
11          Q.    Now, on the date of the accident,
12      you indicated that there were other workers
13      that left earlier than you; is that correct?
14          A.    Yes.
15          Q.    Did those workers get paid that
16      day?
17          A.    No.  They just got paid for half
18      day.
19                MR. STEINBERG:  I think
20            you're asking two different things.
21            Are you asking did they
22            physically get paid?
23                MR. NACHIMOVSKY:  Yes.
24          Q.    On November 8th of 2006, did the
25      workers physically get paid in cash on that
```